UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00327-MCE |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| RICARDO CASTRO-FELIX, | |
| Defendant. | |
| _____/ | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release RICARDO CASTRO-FELIX, Case No. 2:08-cr-00327-MCE, Charged with 21 U.S.C. sections 952 and 960, from custody for the following reasons:

| | |
|---|---|
| __X__ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $____ |
| ____ | Unsecured Appearance Bond |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| | (Other): |

Issued at Sacramento, California on February 26, 2009 at 9:35 a.m.

By: Dated: February 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE